UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**REHOBOTH MCKINLEY CHRISTIAN**
**HEALTHCARE SERVICES, INC.;**

      **Plaintiff,**

v.                              **CASE NO. CV-10-170**

**UNITED STATES OF AMERICA**
**DEPARTMENT OF HEALTH**
**AND HUMAN SERVICES; PRESBYTERIAN**
**MEDICAL SERVICES, INC., d/b/a WESTERN**
**NEW MEXICO COUNSELING; NANCY**
**YATES-EAMICK and XYZ INSURANCE COMPANY;**

      **Defendants.**

**ORDER GRANTING**
**UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE**

THE PARTIES, have conferred and agreed to an extension of the discovery deadline herein, and having considered the motion, the Court finds it to be well taken. The discovery deadline, solely for the purpose of taking the deposition of Plaintiff's expert witness, shall be extended until May 23, 2011.

IT IS HEREBY ORDERED that the foregoing discovery deadline shall be extended until May 23, 2011.

_Robert Hayes Scott_
_____
THE HONORABLE ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE

Approved by:

KENNEDY, MOULTON & WELLS, P.C.

*/s/ Debra J. Moulton*
Debra J. Moulton
2201 San Pedro NE, Bldg. 2, Suite 105
Albuquerque, New Mexico 87110
(505) 884-7887
Attorney for Plaintiff


*Electronically Approved – 5/12/11*
Jan Elizabeth Mitchell
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87102
Attorney for Defendant HHS